RECEIVED
APR - 9 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CLARENCE ALEXANDER FRITZ     DOCKET NO. 13-CV-2374; SEC. P

VERSUS     JUDGE JAMES T. TRIMBLE, JR.

D.C. COLE, ET AL.     MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice as frivolous and failing to state a claim, pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 9th day of April, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT